2:23cv176-KS-MTP

DAte:                                                                    Case #

Misty Scarborough -VS- forrest County Courts.

FILED
NOV 13 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

On Grounds of civil action or dismissed of pending case.

I misty scarborough am writting to the courts of Hattiesburge M.S.. In regards of my rights being violated on behalf of forrest county for not indicting me with in the proper stature of Limitations. By law you have up to 6 months to have your charges dissmissed or to be indicted on. Also my bond has been revoked and I have been incarcerated for over 6 months and have yet to have it lifted and my bond does not fit my financial capabilites it to high I dont own stocks, bonds, or property. By due process and my rights where violated. This should have been and /or should be grounds for a civil and /or fedilal suit, with dismissed of pending case. I Also seek 30,000 in monetary compensation.

Sincerley Submitted.

Misty Scarborough.