# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MISTY SCARBOROUGH**                                                             **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 2:23cv176-KS-MTP**

**FORREST COUNTY COURTS**                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of March 2024.

/s/Keith Starrett
UNITED STATES DISTRICT JUDGE